UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Oscar Lee Adams, | Case No. 22-cv-3047 (WMW/JFD) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Mark Thompson, Kathleen A. Loomis, the County of Hennepin, and Hennepin County District Court Administrator Office, | |
| Defendants. | |

---

This matter is before the Court on the July 5, 2023 Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty. (Dkt. 39.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The July 5, 2023 R&R, (Dkt. 39), is **ADOPTED.**

2. Defendant Hennepin County's Motion to Dismiss, (Dkt. 12), is **GRANTED** in that Mr. Adams' § 1983 claims are **DISMISSED WITH PREJUDICE** and Mr. Adams' state-law claims are **DISMISSED WITHOUT PREJUDICE**; and

3.  Defendants Hennepin County Court Administrator Office, Kathleen A. Loomis, and Mark Thompson's Motion to Dismiss, (Dkt. 19), is **GRANTED** in that Mr. Adams' § 1983 claims are **DISMISSED WITH PREJUDICE** and Mr. Adams' state law claims are **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 25th, 2023

s/ Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge